No. 65, Misc. WILLIAMS *v.* B. & I. COURT·REPORTERS ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States, respondent.

No. 94, Misc. WILLIAMS *v.* PETERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 15, Misc. SNELL *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se.* *Richard W. Ervin,* Attorney General of Florida, and *Jos. P. Manners,* Special Assistant Attorney General, for respondent.

No. 134, Misc. WILLIAMS *v.* STAFFORD ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States, respondent.

No. 148, Misc. DAY *v.* DAVIS, COMMANDANT. C. A. 10th Cir. Certiorari denied. *Thomas Homer Davis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 189, Misc. DEBERRY *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *Jo M. Ferguson,* Attorney General of Kentucky, and *Zeb A. Stewart,* Assistant Attorney General, for respondent.

No. 190, Misc. SHECKLES *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *Jo M. Ferguson,* Attorney General of Kentucky, and *William F. Simpson,* Assistant Attorney General, for respondent.